TODD F. STEVENS (SBN 137842)  JS-6
MARY M. BEST (SBN 110220)
**KEENEY WAITE & STEVENS**
A Professional Corporation
402 West Broadway, Suite 1820
San Diego, CA  92101
Telephone:     (619) 238-1661
Facsimile:     (619) 231-1897

Attorneys for Plaintiff BANKERS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKERS INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LARRY FALKIN dba LARRY THE LOCKSMITH and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No. CV 08-07427 VBF(CWx)<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION |

　　　　Pursuant to the Motion for Dismissal of the Entire Case executed by attorneys of record for Plaintiff, Bankers Insurance Company by Todd F. Stevens of Keeney Waite & Stevens, the court hereby dismisses the entire action, with prejudice.

Dated: June 10, 2009

　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　Judge of the United States District Court